**GLASS HARLOW & HOGROGIAN LLP**
ATTORNEYS AND COUNSELORS AT LAW
A Limited Liability Partnership
85 BROAD STREET, @ WEWORK
NEW YORK, NY 10004
212-537-6859
FAX NO. 845-510-2219
E-mail: bglass@ghnylaw.com

*Bryan D. Glass*
   Partner

April 23, 2021

*Via ECF*
Honorable Gabriel W. Gorenstein       **MEMORANDUM ENDORSEMENT**
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    Brady v. New York City Department of Education, et al.,
                20-CV-10078 (GBD)
                Request for Adjournment of Settlement Conference

Dear Judge Gorenstein:

      This office represents Plaintiff in the above-referenced matter. Pursuant to the Court's April 20, 2021 scheduling order, we write to respectfully request an adjournment of the settlement conference scheduled for May 20, 2021, at 3:00 pm to May 19, 2021 at 10 am. The Court's law clerk advised that this was an available date and time as of Tuesday.

      Ms. Balog, attorney for Defendants, has confirmed that Defendants also are available on May 19, 2021 at 10 am for the settlement conference to proceed.

      Thank you very much for Your Honor's consideration of this request.

                                    Respectfully submitted,

                                    *s/ Bryan Glass*
                                    Bryan Glass, Esq.

c: Aliza Balog, Attorney for Defendants (Via ECF)

**Settlement conference advanced to May 19, 2021, at 10:00 a.m. Submissions are due May 13, 2021.**

**So Ordered.**

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
**April 26, 2021**

1