**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SEAN BRADY,

                     Plaintiff,

           -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                 Defendants.

**ORDER**

20 Civ. 10078 (GBD)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

      The June 30, 2021 initial conference is cancelled, in light of this Court's referral to

Magistrate Judge Gorenstein for General Pretrial.

Dated: June 24, 2021
       New York, New York

                              SO ORDERED.

                              _George B. Daniels_

                              GEORGE B. DANIELS
                              United States District Judge