```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SEAN BRADY,                                      :

                Plaintiff,                        :    ORDER

       -v.-                                       :
                                                       20 Civ. 10078 (GBD) (GWG)
NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,                                :

                Defendants.                       :
---------------------------------------------------------------X
```
**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

Bryan Glass seeks to withdraw as counsel for plaintiff, Sean Brady. (Docket # 33).

1. Mr. Glass shall file his motion to withdraw, which may be by letter, on or before July 2, 2021. The motion shall specify whether counsel seeks a lien of any kind, including but not limited to a charging or retaining lien, and the legal and factual basis for any such claim. The Court is aware that Mr. Glass has already been given permission to file sensitive materials under seal.

2. Any party wishing to oppose this motion shall file papers in opposition by July 9, 2021 or send a letter to the Court for receipt by that date. Plaintiff may send a letter to the Court by sending it in pdf form to Temporary_Pro_Se_Filing@nysd.uscourts.gov.

In the alternative, plaintiff's response may be mailed to Pro Se Docketing, 500 Pearl Street, New York, NY 10007.

3. A hearing on the motion will take place on July 23, 2021 at 10:30 a.m. At that time, the parties shall dial (888) 557-8511 and use access code: 6642374. (The public may also dial in but will be permitted only to listen.) The Court will record the proceeding for purposes of transcription in the event a transcript is ordered. However, any other recording or dissemination of the proceeding in any form is forbidden.

4. In addition to Mr. Glass, plaintiff is required to attend this conference. Other parties are not required to attend. If plaintiff fails to attend, his claims may be dismissed.

5. Mr. Glass shall arrange to deliver a copy of this Order immediately (as well as his motion to withdraw as soon as it is filed) to plaintiff by (1) email, if available; and (2) regular mail. He shall also thereafter make all reasonable efforts to confirm with plaintiff by telephone, text message conversation, email or in person that these materials were actually received, that plaintiff understands that there is a July 9, 2021 deadline for filing any written response to Mr. Glass's papers, and that plaintiff is aware he must dial in to the Court conference on July 23, 2021, at 10:30 a.m.

6.  On or before July 6, 2021, Mr. Glass shall file with the Court an affidavit or declaration indicating his efforts to comply with paragraph 5 of this Order.

SO ORDERED.

Dated: June 25, 2021

New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge